# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NUPONU GORNELEH, | : | Case No. 3:17-cv-00181 |
| Plaintiff, | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| CITY OF KETTERING, et al., | : | |
| Defendants. | : | |

## ORDER TRANSFERRING REFERENCE

The referral of this case is hereby transferred from Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael J. Newman.

September 12, 2017

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge

September 12, 2017

*s/Michael J. Newman*
Michael J. Newman
United States Magistrate Judge